UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID A. JOHNSTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:09CV2080 JCH |
| ) | |
| DON ROPER, ) | |
| ) | |
| Respondent. ) | |

## ORDER

This matter is before the Court on petitioner's motion to proceed in forma pauperis. Upon consideration of the financial affidavit, the Court has determined that petitioner is unable to afford to pay the filing fee. Consequently, the Court will grant the motion. See 28 U.S.C. § 1915.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis is **GRANTED**.

Dated this 4th day of January, 2009.

        /s/ Jean C. Hamilton
        JEAN C. HAMILTON
        UNITED STATES DISTRICT JUDGE